IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

    v.                          No. 05-50042

JONATHAN D. BARR                                                  DEFENDANT

### ORDER

Currently before the Court is the defendant's pro se **Motion for Conformation of Sentence Commencement (Doc. 50)** and the **Government's Response (Doc. 51)**.  The defendant seeks credit against his federal sentence for time served against a state sentence.  As the Government points out, the defendant must present this claim to the Bureau of Prisons.  *See United States v. Iversen*, 90 F.3d 1340, 1344 (8th Cir. 1996).  Accordingly, the motion is **DENIED**.

IT IS SO ORDERED this 17th day of August 2007.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE